

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

United States of America

        Plaintiff(s),

v.

Gunnar A. Troyt

        Defendant(s).

Case No. 3:09-mj-38CMK

**FILED**

JUN 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

I, Tammy M. Riggs,

attorney for Gunnar A. Troyt,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Office of Tammy M. Riggs, P.L.L.C. |
| Address: | 905 Plumas Street |
| City: | Reno |
| State: | NV    ZIP Code: 89509 |
| Voice Phone: | (775) 323-5002 |
| FAX Phone: | (775) 323-5003 |
| Internet E-mail: | tammyriggs@tammyriggslaw.com |
| Additional E-mail: | tammyriggslaw@sbcglobal.net |
| I reside in City: | Reno    State: NV |

I was admitted to practice in the Nevada - All Courts; US District Court - Nevada (court) on December 28, 2000; May 11, 2009 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Scott N. Freeman

Firm Name: Law Offices of Scott N. Freeman

Address: 556 California Avenue

City: Reno

State: NV     ZIP Code: 89509

Voice Phone: (775) 786-4788

FAX Phone: (775) 786-9333

E-mail: defense@freeman-law.com

Dated: May 27, 2009     Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 6-1-09

_____
JUDGE, U.S. DISTRICT COURT